Good morning. May it please the Court, the Court of International Trade erred when it did not classify the Belimo controllers under heading 9032, which covers automatic regulating and controlling instruments and apparatus and parts thereof. The HVAC systems in which these items are used are in themselves automatic controllers. They control flow of gases and their own right. The first half of that wouldn't be sufficient, right? Nobody disputes that there is in particular a thermostat that measures temperature, but it's not part of the particular imported device. I mean, that's the whole issue, right? Nobody disputes there is a controller. It's just that it's not in your device. There is a thermostat, Your Honor, and there is a central controller and neither one of those is in our device. That is absolutely correct. But our device controls air flow and water flow, it could be even fuel flow, in the system, and it does it by an electronic phenomenon. But isn't the central and maybe even simple problem that your device doesn't measure those things? It does control something that has an effect on them, but the last clause of the General Note 7A requires that the device in fact measure some of those qualities, which yours doesn't. Well, that's exactly what the trial court held. He said that's where we have a problem. We think that the trial court is wrong. First of all, if you look at the note, what it says is we have to control gas and liquid, which we do. Second, it says you can do it by, whether or not, by electric phenomenon. We have an electric phenomenon. Then it says you have to do it by, the electric phenomenon can vary according to a factor. And the way our product works is, when the system is turned on, somebody turns a switch or changes a thermostat, there's a message to the central controller. The central controller sends a message to our device. The first thing our device has to do is figure out where is the damper or valve. It knows by the motor, by the number of windings or turnings in the motor, where the damper or valve is at 20%, I need it to be at 50%. So I have to make the motor turn X number of times to change it from 20% to 50%. Thereafter, what it does is it monitors that position. If it goes to 45% or 60%, it works independently to move it back to that position. The purpose of the damper or valve being at a particular position is to control the airflow. The system knows what the airflow is at 20%, 30%, 50%. There's a mathematical relationship between the opening of the damper and the amount of airflow or water flow. Our product controls that mathematical relationship. It moves it to it, it monitors it, it makes sure it's, and even if there's a problem with the system, then it shuts it all down. Does it independently of the central controller? I'm sorry, does the actuator really report any information about flow back to the central controller? Some of them do report flow back, but some of them do not. But the actuator is set up... But don't you think that's critical in terms of what the requirements are in Section A? I'm sorry, Your Honor, I didn't let you finish your question. Go ahead. No, I don't think it has to report back to Section... You're talking about this? No, it says it has to measure a value. In our case, I think the court went wrong, the trial court went wrong, because it didn't understand that a lot of automatic controllers don't directly do this measurement, they do it indirectly. So our product knows what the measurement is, it knows how much the flow is, and it does it indirectly by counting these pulses and moving it to a particular position. Everything works together, the central controller and the damper and the valve and our product work together so that the system knows that it's 50%... You have 50% of the air or the water, sorry, that goes through the system and that's what you're trying to achieve. When you talk about factor here, we think factor takes into consideration that it could be direct or indirect. Our product does measure flow, but it does so indirectly by working with the motor turning numbers to create the flow that the system desires. Can I ask you a question? This is a little bit of a detour, but I just wanted to... 7B, you didn't invoke that. Can you just explain in a way I might understand why that provision is not applicable? It had to do with... It's been a while, Judge, since we decided not to invoke 7B, but we thought that there it was dealing more with electrical, that the object of it was electrical impulses, and ours, here the object of it is to control flow. So that's why we went with 7A. This whole idea of a measuring device that has to measure flow, we think the Judge got from the explanatory notes, which talks about you need to have three devices, which forms a single entity, and one device that just says measure the variable to be controlled, but it never says that you have to directly measure the variable to be controlled. If you look at the legislative history, it indicates lots of situations where you work indirectly again by monitoring electrical phenomenon or other phenomenon to achieve this measuring that's required. You also... It doesn't have to be quantitative. You don't have to come up with a cubic liters per minute number. You can say at 50%, I know I'm permitting 50% of the air flow in the system. That's a measurement of flow. It's 50%. If you want to measure the level of flow within a tank... Well, it says that 3 says measuring its actual value, right? Yes. That's going back to note 7A. Right. So again, we think again, when it says its actual value, it has to be referring to the factor. If you think about it, things that work based on electrical phenomenon, what do they do? They count pulses. This note makes it clear that these products can work based on electrical phenomenon. Okay? If you are requiring the device to directly measure flow and not electrical phenomenon, then you're writing all those things out of the statute. You're writing out of the statute anything that does not directly measure and report flow. And ours does it, but it does it indirectly. That's why we think the word factor is broader than the word variable. You see the word factor there comes directly from... After the paragraph, it says electrical phenomenon. It says, which varies according to the factor to be automatically controlled. And electrical phenomenon do not directly control flow. They control... They work with electrical phenomenon, as their name denotes. Yeah, but automatically controlled also appears in subsection 1, which talks about instruments and apparatus for automatically controlling. Yes. That is what the item is intended to do, which is automatically control liquid and flow. And we say the balance of it relates to how it does it. It can work by electrical phenomenon... So what do you think factor... Factor can mean... You can have something that directly does it, but you can also have something that indirectly does it. So the factor in our case is the electrical pulses, which then turn to the position of the damper or valve. Our item is there to measure, control, and adjust the position of the damper or valve. And the explanatory notes also provide two examples, which we think are particularly relevant for us. One of them, it indicates that some of these automatic controllers can be working in a safety capacity or safety system. And that's exactly what ours do. Besides setting it, adjusting it, monitoring it, in case there's a fire or something else, it shuts everything down immediately, which it works independently. It also provides us with an example of an oven draft regulator. And our expert has testified that our products have the same components and work the same way as an oven draft regulator. They again work based on reference to heat, pressure, and then it says et cetera, which could mean anything. And ours work exactly that way. The court also was incorrect in classifying this item as a motor. It's substantially in excess of the features and functions of a motor, which is to convert electrical energy into mechanical energy. Motors do not measure positions. They do not compare and calculate. They do not stabilize positions. All they do, if you take a regular actuator, all it does is it gets information from the central controller. Central controller makes all the decisions, open and close, and that's all the motor does. But ours is very different. It does all these calculations. It controls the position of the damper, which controls the flow. I'd like to reserve some time for rebuttal. Thank you very much. Good morning. Good morning. May it please the court. I actually expected there to be some samples here. I did bring one down, although it was not the one that was submitted to the court below. It's identical, if you'd like to see it. If you don't want to see it, that's okay too. May it please the court. Process control and statutory interpretation are both very specialized fields, but they're not one and the same, particularly when it comes to classifying products such as these. Your job in the job of the trial court, as well as the job of customs personnel, was to classify, was to interpret the tariff provisions claimed by LEMO and to apply that interpretation. We know that this product cannot be classifiable as a motor if the LEMO is correct that it's classifiable in Chapter 90. But in order to get to Chapter 9032, you can't just go to the heading 9032, which is actually pretty broad. And if we only had the heading to deal with, arguably the LEMO might prevail. But we have a very explicit legal note, a binding legal note in this case, that specifically describes the products that are actually classifiable in 9032. And it's a limiting legal note because it uses the term only. It says heading 9032 applies only to these products. And it gives a very lengthy description of what the products are, what they control, and how they do it. And there's also explanatory notes, which while not binding, certainly serve as guidance here. Can I get into the details of this case? I mean, one of your arguments is that you say that the actuators may affect the flow or temperature but don't control the flow or temperature. That is correct. Can you tell me what the difference is? The actuators do have control over the temperature in the room in certain respects. If they stop working, then the temperature is going to change, right? Sure, and if you pile 50 people into a room built for 10, the temperature is going to change. If you open a window, the temperature is going to change. That's the difference really between effect and control. If you pile all these people into the room and the temperature goes up, the thermostat on that wall sends a signal to the central controller. The central controller will then send signals to perhaps the blower to force more air through, perhaps the chiller to cool more air to send through, and probably also the damper to open the damper some more. Where would you draw the line in the example that you're just giving us? The actual control of the temperature is directed by the central controller that issues directions to various parts of the system where the end result is to change the temperature in the room. But we're not even talking temperature here because although Lima was actually arguing at the court below that this product controlled temperature, on appeal they're arguing that it controls flow. Why is that wrong? If flow is perfectly correlated with damper position and this device is measuring damper position, why is it incorrect to say that it is measuring flow? It is not measuring flow. There is a correlation between... It's not measuring damper position. It's measuring motor winding pulses. It's two steps removed from damper position. There is a mathematical correlation as Judge Barnett correctly found. However, it's not a measurement. I don't know if it happens in this building. There's a mathematical correlation between the motor winding and the damper position. I guess it seems self-evident to me. What about the premise, which I built into my question, about a perfect correlation between damper position and flow? Is there a finding about that? There is no finding but I'll give you an example. In the building that I work in, every day at 5 o'clock the blower is shut off. The dampers haven't moved. There's a lot less flow coming into my office. There's a lot of things within the HVAC system that can affect flow. That being the most obvious. There's an audible shutdown of the blowers on weekends and at 5 o'clock. There's been no change in the position of the dampers. If the flow coming through the system stays the same, then presumably the flow coming through the dampers will be constant. What I hear you saying is that the premise of my question is wrong. There is in fact not a perfect correlation between flow and damper position for the simple reason that flow depends on more than that, like the fan running. If that is right, then in fact as much as this device is measuring damper position, it is not measuring flow. That is 100% correct. Do I need to additionally accept your view that it's not controlling anything? Why is it not enough simply to say it doesn't meet the last 8 words of the note? It's not measuring anything. Not measuring any of the things listed above. We were responding to Belima's argument that this controls flow. We were simply pointing out there's a difference between controlling something and affecting something. It seems to me that it actually does control flow. Under certain circumstances, the fan is blowing and it shuts the damper. It just controlled the flow. Technically, it's the central controller giving the position that it wants this product This maintains position. If maintaining is controlling It also changes position. It changes position, but it's directed to the desired position by the central controller, which is external to this product. If it detects that there's been, I forget, there were two things. One, that there's been some wobble. Wobble is not the term. If it moves it out of position, a disturbance, there's a blackout. It returns it to the correct position. It does that with its own little reptile brain. It's simply a soldier. It does what it's told and when it detects something that's moved out of place, it brings it right back to where it's told. It's a little kid following the big kid saying I've got to do everything the big kid tells me to do. It simply maintains the position as dictated by the central controller. It's interesting that you're absolutely right. If it doesn't comport with the legal note, then their claim fails. The only way you might be able to find that the term factor, as it appears in the legal note, comports with their view. In our view, as the trial court found, the word factor simply obviates the need to repeat a very lengthy phrase three different times. The factor to be controlled is the same as the identified variables of liquid or gases or temperature. The way we even know that, the only way that you could possibly disregard that, is if you look at the explanatory note, it tells you the legal note tells you the factor has to be measured. The explanatory note tells you which variables have to be measured. And it specifically says in a parenthetical for example pressure let me find the exact word I don't want to The parenthetical in the explanatory note under A talks about it has to contain a device for measuring the variable to be controlled. Pressure or level in a tank, temperature in a room, etc. That clearly correlates back to the legal note which talks about variable of liquids or gases or temperature in a room. Interestingly, the expert report upon which Belimo relies in quoting that explanatory note leaves out that parenthetical and puts ellipses in its place. And that is actually the only way that you can find that Belimo's interpretation of the word factor in note 7A corresponds with the science of process controls and is not simply a very specific limiting legal note to a very narrow group of products that would fall within 90-32. And the measurement we agree that the measurement doesn't have to be direct but the control has to be direct. The measurement can be by reference to one of the variables. For example, if the reference is to temperature, if the measurement is to temperature, temperature has to be the influencing factor. If the measurement device is a bimetal valve with a metal one metal reacts to heat, one reacts to cold and there's a coil that uncoils when it gets hot or it coils when it gets cold and it lifts a louver or something. That's being influenced by temperature directly. It may not be measuring it but it's an actual correlation between the variable of liquids or gases or temperature and the product that we're trying to determine if it belongs in 90-32. I found I just want to point out a few things. In Lima's reply brief they make a few statements that are actually completely opposite of what they say in their in their initial brief   their own witnesses say. So, in Lima's reply brief they make a few statements For example they continually say that this product measures flow. They say that it measures damper position but now I heard Mr. Silverman say correctly that it really only measures motor winding pulses. In the reply brief they actually state that it does not that this product does not measure motor winding pulses it merely monitors changes in motor winding pulses which is exactly the opposite of what they say on page 9 of their initial brief. All models of the subject merchandise measure calculate and recognize the current position of the motor winding. When you sort through everything that Belimo has argued and you actually look to the provision and the notes that you have to apply and interpret you'll find that this product simply doesn't belong in 9032. It belongs in 8501 in the motors provision. And I'll talk briefly about the motors provision unless you have any more questions about Belimo's claimed provision. There's no dispute that the that the motors provision includes all forms of electric motors. It's an aonominy provision and it can certainly encompass motors that have additional components that serve to complement the motor. And there is also no dispute that the motor is the operating mechanism by which all processes and commands carried out by the actuators are carried out. The ASIC application specific integrated circuit it acts only on the motor and whatever signals it sends it actually sends only to the motor and your question about what signals does it send back to the central controller was an apt one because it doesn't send any signals back to the central controller. The only thing it does is it acts on the motor and there is a diagram that's placed into the joint appendix that refutes something Mr. Silverman said. He said some of these products do send signals back to the central controller but at the end of their own expert witnesses or somewhere in the middle of his expert report he has actually put diagrams I don't know if they came from Belimo if he made them himself but it shows up to one way flow. There are it's on page J513 it shows the central controller sending the desired position signal to the product and nothing going from the product to the central controller. So everything works through the motor here. The ASIC is simply a component that makes this product, makes the motor and makes this actuator more precise and even if you were to view the integrated circuit as something that takes us maybe out of the the product is still classifiable as motors. When you say the component that makes this product a motor what were you referring to? The motor no I'm saying the whole actuator is classifiable as a motor because it's a motor with some additional components and actuators generally are classifiable as motors that's been established by the NIDAC case and many many customs rulings but can I finish my answer? I ran out of time. But even if the ASIC is an integrated circuit it would be classifiable in 5237 as a machine and you would still look to which component serves the essential character of this product and it would still be the motor because the only point of this entire product is to move a damper, blade or a valve plug the same as any other actuator that doesn't have this product and as a final thought Blemo actually sells products that monitor and measure flow but their own witness, their own agent said those are not the ones that are at issue in this case. I don't know how those would be classified. I respectfully request that you affirm the court Thank you. Mr. Silverman we'll add a minute we'll add a minute to your rebuttal time. Thank you very much. First of all the diagrams that were included here they show the difference between a traditional actuator and our product and all they show is that the central controller makes all the decisions and does all the monitoring and the controlling when a traditional actuator is used and when our product is used our product does calculations, monitoring and does its independent decisions that's a very simple little box diagram so there's really nothing to say there. The testimony provided here we had two different people provide statements here one of them was an engineer with the company and the other was an independent expert and they both testified that there is a direct relationship between the opening of the damper and airflow and in air conditioning systems heating, ventilation air conditioning systems the airflow is the temperature my understanding is the water is at a specific 55 degree temperature and the only other things you can do to affect the temperature in the room besides opening and closing windows using this system is to you can change the pressure through the system by changing the fan or you can open and close the damper now it could be are there other factors? Sure if you open the damper but open the window when nobody leaves the room it's going to change everything works together in this system but our product controls the damper, that's it's job the damper or the valve that's it's job, it monitors it and it moves it, it does calculations, it directly controls the flow but again I don't want to repeat myself but it does it through these other mathematical relationships between the turning of the motor which in fact is a direct relationship with the opening and closing of the damper and valve Ms. Ms. Rubin said that our product is just a soldier, well soldiers need to make decisions sometimes and our product does make decisions, it's not just doing what it's told it works independently besides doing the things that we and this is in the experts report does other things, it keeps the motor running to avoid a frozen system it draws stored energy in the event that there's a blackout it keeps the system running or shuts it down as necessary, it looks for resistance within the damper or valve so that let's say it's supposed to take the valve the damper or valve to 50% and that would mean just for argument's sake 135,000 revolutions of the motor and it's at 125,000 and it can't go the damper will not go well this product on its own decides it needs to push harder to see if it can get it to go, if it doesn't go then what it will do, it will now recalculate and will say okay 125,000 is now my 50% number and I have to work within a different range it does these calculations to control the flow it also can work with AC or DC current, it seeks out disturbances so if it's getting inconsistent messages from the central controller sometimes it says 58% sometimes it says 62% it makes a calculation and says well I think what the central controller really wants to do here is to go to 50% or 58%, 60% and it takes a number and it works with it in terms of this idea of direct measurement it's not in the statute and it's not in the explanatory notes it's contrary to the legislative history and it's contrary to all the science we have the science all this material in there from lexicons that talk about how flow is very difficult to measure flow directly you need to do it indirectly by other phenomena and other means and that's what our product does if you have no other questions, thank you for your time we thank both counsel and the cases submitted